**UNDER SEAL, Plaintiff-Appellant,**

v.

**UNDER SEAL, Defendant-Appellee.**

No. 17-7153

United States Court of Appeals, Fourth Circuit.

Submitted: December 19, 2017

Decided: December 22, 2017

Under Seal, Appellant Pro Se. Bruce M. Clark, Jr., David Lee Wyant, BAILEY & WYANT, PLLC, Wheeling, West Virginia; Philip John Sbrolla, CIPRIANI & WERNER, Wheeling, West Virginia, for Appellee.

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Under Seal appeals the district court's order accepting the recommendation of the

magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Under Seal v. Under Seal,* No. 5:15-cv-00162-FPS-JES (N.D. W. Va. June 19, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*